Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT
for the

CENTRAL District of ILLINOIS

URBANA Division

|  |  |
|---|---|
| CHERYL L. HALL <br> *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br> KANKAKEE SCHOOL DISTRICT 111, JENNIFER HERING, DR. GENEVRA A. WALTERS, AND FELICE HYBERT <br> *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. _____ <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)*  ☒ Yes   ☐ No |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | CHERYL L. HALL |
   | Street Address | 4906 SOUTH VINCENNES AVE |
   | City and County | CHICAGO, COOK |
   | State and Zip Code | ILLINOIS, 60615 |
   | Telephone Number | 773-953-3686 |
   | E-mail Address | cherylhall1960.1@gmail.com |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

**B.** **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
| | |
|---|---|
| Name | KANKAKEE SCHOOL DISTRICT 111 |
| Job or Title *(if known)* | |
| Street Address | 240 WARREN AVENUE |
| City and County | KANKAKEE, KANKAKEE |
| State and Zip Code | ILLINOIS, 60901 |
| Telephone Number | 815-802-7710 |
| E-mail Address *(if known)* | HUMANRESOURCES@KSD111.ORG |

Defendant No. 2
| | |
|---|---|
| Name | JENNIFER HERING |
| Job or Title *(if known)* | DIRECTOR |
| Street Address | 240 WARREN AVENUE |
| City and County | KANKAKEE, KANKAKEE |
| State and Zip Code | ILLINOIS, 60901 |
| Telephone Number | 815-802-7710 |
| E-mail Address *(if known)* | JENNIFERHERING@KSD111.ORG |

Defendant No. 3
| | |
|---|---|
| Name | DR. GENEVRA A. WALTERS |
| Job or Title *(if known)* | SUPERINTENDANT |
| Street Address | 240 WARREN AVENUE |
| City and County | KANKAKEE, KANKAKEE |
| State and Zip Code | ILLINOIS, 60901 |
| Telephone Number | 815-802-7710 |
| E-mail Address *(if known)* | GENEVRAWALTERS@KSD111.ORG |

Defendant No. 4
| | |
|---|---|
| Name | FELICE HYBERT |
| Job or Title *(if known)* | ASSISTANT SUPERINTENDANT OF CURRICULUM |
| Street Address | 240 WARREN AVE |
| City and County | KANKAKEE, KANKAKEE |
| State and Zip Code | ILLINOIS, 60901 |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

|  |  |
|---|---|
| Telephone Number | 815-802-7710 |
| E-mail Address *(if known)* | SELICEHYBERT@KSD111.ORG |

### C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

|  |  |
|---|---|
| Name | AVIS HUFF SUPPORT SERVICES |
| Street Address | 369 N. 5TH AVENUE |
| City and County | KANKAKEE, KANKAKEE |
| State and Zip Code | ILLINOIS, 60901 |
| Telephone Number | 815-802-4400 |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☒ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☒ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*:

☒ Relevant state law *(specify, if known)*:

☒ Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☒ Termination of my employment.
- ☐ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☒ Unequal terms and conditions of my employment.
- ☒ Retaliation.
- ☐ Other acts *(specify):*

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)
DECEMBER 3, 2020 - PRESENT

C. I believe that defendant(s) *(check one)*:
- ☒ is/are still committing these acts against me.
- ☐ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:
- ☒ race
- ☐ color
- ☒ gender/sex
- ☐ religion
- ☐ national origin
- ☒ age *(year of birth)* 1960 *(only when asserting a claim of age discrimination.)*
- ☐ disability or perceived disability *(specify disability)*

E. The facts of my case are as follows. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Plaintiff was recruited and subsequently accepted employment with the Kankakee School District 111 (KSD) in 2019 as the only Restorative Justice Coordinator. Previously, Plaintiff was employed as the Dean of Students at Lawrence Hall Youth Services (LHYS) for 24 years. Plaintiff resigned from her position at LHYS to accept the Coordinator position with KSD. KSD agreed to allow Plaintiff to commute from Chicago, IL to Kankakee, IL. Plaintiff was told that because of her stellar reputation for working with children at LHYS she could make a tremendous difference in the lives of the youth in Kankakee. She did exactly that. Plaintiff's work assignments included Kankakee High School, Remote Control Car Program, States Attorney Office for Kankakee, IL, and Avis Huff Student Support Services (Avis).

Once Plaintiff was assigned to Avis, she began to experience discrimination based on her race, color, and age. She was harrassed and treated differently by Jennifer Hering, Avis Administrator. Hering assigned various employees to surveil Plaintiff and scrutinize her performance in ways that other employees were not being surveilled and scrutinized. Plaintiff was denied work benefits that afforded to other employees with similar job responsibilities. Plaintiff was singled out and embarrassed and humiliated by Hering. When Plaintiff sought releif from this abusive behavior by reporting the same to Selice Hybert, Plaintiff received no such relief as Hybert began employing the same abusive behavior towards Plaintiff as Hering. Further, when Plaintiff complained of the illegal treatment she was terminated and replace with someone younger and of the opposite sex. Upon learning of this violation of her Constitutional Rights, Plaintiff sought relief from KSD and Dr. Genevra Walters. However, Plaintiff did not receive relief. Rather, KSD and Walter's upheld and enforced the abusive and illegal actions of Hering and Hybert.

Please see attached Charge of Discrimination.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

FEBRUARY 9, 2021

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☒ issued a Notice of Right to Sue letter, which I received on *(date)* 6/8/2021

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

☒ 60 days or more have elapsed.
☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff is seeking compensatory damages, punitive damages, back pay, front pay, loss of benefits, and any and all other such relief that she may be due in an amount equal to or greater than $500,000.00 (Five-Hundred Thousand Dollars) plus attorney's fees, costs, and expenses.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:

Signature of Plaintiff
Printed Name of Plaintiff

### B. For Attorneys

Date of signing: 8/30/2021

Signature of Attorney /S/ DONNYA N. BANKS

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

| | |
|---|---|
| Printed Name of Attorney | DONNYA N. BANKS |
| Bar Number | 6323521 |
| Name of Law Firm | THE BANKS LAW FIRM |
| Street Address | 20 WEST KINZIE STREET 17TH FLOOR |
| State and Zip Code | CHICAGO, ILLINOIS 60654 |
| Telephone Number | 312-366-3399 |
| E-mail Address | DNB@THEBANKSLAWFIRM.COM |